SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
121 Broadway, Suite 338
San Diego, CA  92101
Telephone:    (619) 338-9110
Facsimile:    (619) 338-9112
Email: shaun@khojayan.com

Attorney for Defendant Jose De Jesus Sanchez-Perez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-MJ-2354 |
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT  JOSE DE JESUS SANCHEZ-PEREZ |
| v. | |
| JOSE DE JESUS SANCHEZ-PEREZ | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for defendant Jose de Jesus Sanchez-Perez in the above-captioned case.

I certify that I am admitted to practice before this Court.

There are no other attorneys that represent or are associated to represent Mr. Jose de Jesus Sanchez-Perez who should receive Notices of Electronic Filings relating to activity in this case.

//

- 1 –

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: October 25, 2007 | LAW OFFICES OF SHAUN KHOJAYAN & ASSOCIATES, P.L.C. |

*s/ Shaun Khojayan*
SHAUN KHOJAYAN
Attorney for Defendant Sanchez-Perez
Email: shaun@khojayan.com

- 2 –