AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE DE JESUS SANCHEZ-PEREZ | |

CASE NUMBER: 07CR2890-W

I, JOSE DE JESUS SANCHEZ-PEREZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Nov. 1, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 01 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Jose Sanchez Perez
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER