**FILED**
DEC 0 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2890-L |
|---|---|---|
| Plaintiff, | ) | Superseding |
|  | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
|  | ) | Illegal Entry (Felony); |
| JOSE DE JESUS SANCHEZ-PEREZ, | ) | Title 8, U.S.C., Sec. 1325 - |
|  | ) | Illegal Entry (Felony) |
| Defendant. | ) |  |

The United States Attorney charges:

Count 1

On or about Sept 15, 2007 js, within the Southern District of California, defendant JOSE DE JESUS SANCHEZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on December 17, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

JJO:jam:San Diego
10/16/07

<u>Count 2</u>

On or about October 1, 2007, within the Southern District of California, defendant JOSE DE JESUS SANCHEZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on December 17, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/3/07

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney